# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LJUNGGREN and DOROTHY LJUNGGREN, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON, a New Jersey corporation; DEPUY ORTHOPAEDICS, INC., an Indiana corporation, and a wholly-owned subsidiary of JOHNSON & JOHNSON, a New Jersey corporation, <br><br> Defendants. | **Case No. 2:17-CV-00617-SVW-JEM** <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (FED.R. CIV. P. 41)** <br><br><br> Complaint Filed: December 23, 2014 |

///

**ORDER**

Having considered the Parties' Joint Stipulation to Dismiss the Entire Action With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the above-captioned matter is dismissed with prejudice.

IT IS SO ORDERED.

Date: May 26, 2017

*[signature]*

**Hon. Stephen V. Wilson,**
**United States District Court Judge**